**Electronically Filed
Supreme Court
SCWC-21-0000275
18-FEB-2025
09:29 AM
Dkt. 15 ODAC**

SCWC-21-0000275

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN THE MATTER OF

THE TSUGIO KURIHARA REVOCABLE LVING TRUST
DATED AUGUST 21, 1997, as Amended and Restated

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000275; CASE NO. 1TR1610000036)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Somerville, in place of Devens, J., recused)


Petitioner's Application for Writ of Certiorari, filed

on January 6, 2025, is hereby rejected.

DATED:  Honolulu, Hawai'i, February 18, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Rowena A. Somerville

